UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA BENGOCHEA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-4343 |
| | § | |
| ALLSTATE INSURANCE COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER

Pending before the Court is Defendant Allstate Insurance Company's motion for partial dismissal of Plaintiff Maria Bengochea's original state court petition. Doc. 12. Bengochea has filed a response in which she moves for leave to file an amended complaint that complies with the pleading requirements of Federal Rules 8 and 9. Doc. 14.

District Courts should generally grant a plaintiff at least one chance to amend the complaint under Rule 15(a) before dismissing the plaintiff's action. Therefore, the Court hereby

**ORDERS** that Plaintiff Maria Bengochea's motion to file an amended complaint (Doc. 14) is **GRANTED**. Defendant Allstate Insurance Company's motion for partial dismissal (Doc. 12) is **denied without prejudice.**

SIGNED at Houston, Texas, this 31st day of January, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE